# Court of Appeals
# of the State of Georgia

ATLANTA,____April 30, 2013_____

*The Court of Appeals hereby passes the following order:*

**A13A1499.  ANTHONY WILBURN v. THE STATE.**

This case was docketed in this Court on March 22, 2013.  As set forth in Court of Appeals Rules 22 (a) and 23 (a), an appellant must file a brief and enumeration of errors within 20 days of the date of docketing of the appeal.  Therefore, the appellant's brief and enumeration of errors were due no later than April 11, 2013.  The appellant failed to meet this deadline and failed to request an extension of time in which to do so.  Accordingly, this appeal is hereby ordered DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/30/2013_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*